**DISMISS; and Opinion Filed August 12, 2019.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00592-CV

**JANATA MONTGOMERY, Appellant**
**V.**
**DEVIN EUGENE TAYLOR, Appellee**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00132**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

By letter dated June 3, 2019, the Court questioned its jurisdiction over this appeal as it appears the notice of appeal is untimely. We instructed appellant to file a letter brief addressing our concern.

When a timely post-judgment motion extending the appellate timetable is filed, a notice of appeal is due ninety days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a). Without a timely filed notice of appeal, this Court lacks jurisdiction. *See id*. 25.1(b).

The trial court signed the judgment on January 23, 2019. Appellant filed a timely motion for new trial on February 20, 2019. Accordingly, the notice of appeal was due on April 23, 2019, ninety days after the date the judgment was signed. *See id*. 26.1(a). Appellant filed a notice of appeal on May 21, 2019, twenty-eight days past the deadline. In her letter brief,

appellant asks this Court to consider this appeal as a restricted appeal because she filed her notice of appeal within six months of the date of judgment. *See* TEX. R. APP. P. 26.1(c). However, a restricted appeal is not available to appellant because she filed a timely motion for new trial. *See id*. 30.

Because appellant failed to file a timely notice of appeal, we dismiss this appeal and pending motion seeking an order holding the court reporter in contempt of court for want of jurisdiction. *See id*. 42.3(a).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

190592F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JANATA MONTGOMERY, Appellant

No. 05-19-00592-CV      V.

DEVIN EUGENE TAYLOR, Appellee

On Appeal from the 303rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-18-00132.
Opinion delivered by Justice Schenck.
Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 12th day of August, 2019.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

–3–